Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

**No. 60642.**—Senter Brass Products Corp. v. United States, protests 192422–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

**No. 60643.**—Pfaff Industrial Sewing Machine Corp. and Intra Mar Transport Corp. v. United States, protest 252123–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the item in question consists of machinery and parts thereof used chiefly for the manufacture of shoes, the claim of the plaintiffs was sustained.

**No. 60644.**—Trans Atlantic Company v. United States, protests 233937–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of butt hinges, imported with wood screws of steel, the hinges measuring 3 inches by 3 inches or 3½ inches by 3½ inches, being packed 2 hinges and 12 screws to a box (12 screws for each pair of hinges), and the hinges, size 4 inches by 4 inches, being packed 2 hinges and 16 screws to a box (16 screws for each pair of hinges), of the same kind in all material respects as the merchandise the subject of *Trans Atlantic Company* v. *United States* (35 Cust. Ct. 1, C. D. 1712). Upon the agreed statement of facts and following the cited authority, the claim of the plaintiff was sustained, the value of the screws being as set forth in the schedule "A,"